| | |
|---|---|
| 1 | Ronald W. Hopkins (Bar No. 100895) |
| 2 | Christian J. Gascou (Bar No. 209957)<br>James C. Castle (Bar No.235551) |
| 3 | GASCOU HOPKINS LLP<br>9696 Culver Boulevard, Suite 302 |
| 4 | Culver City, California 90232<br>Telephone:  (310) 785-9116 |
| 5 | Facsimile:   (310) 785-9149<br>rhopkins@gascouhopkins.com |
| 6 | cgascou@gascouhopkins.com<br>jcastle@gascouhopkins.com |
| 7 | Attorneys for Defendant |
| 8 | Hudson Insurance Company |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| AMBER PARINAS,<br><br>             Plaintiff,<br><br>    vs.<br><br>NACHO'S AUTO SALES, an entity of unknown origin; HUDSON INSURANCE COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>             Defendants. | CASE NO. 5:20-CV-01724 DMG (SHKx)<br><br>Honorable Dolly M. Gee<br><br>**DEFENDANT HUDSON INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** |

HUDSON INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Hudson Insurance Company ("Hudson") submits that Hudson Insurance Company is a member of Hudson Insurance Group. Hudson Insurance Group is the U.S. Insurance Division of the Odyssey Group. Odyssey Group is wholly owned by Fairfax Financial Holdings Limited.

Dated: April 7, 2021                    By: GASCOU HOPKINS LLP

_/s/Christian J. Gascou_
Christian J. Gascou
Attorneys for Defendant
Hudson Insurance Company

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within action. My business address is Gascou Hopkins LLP, 9696 Culver Boulevard Suite 302, Culver City, CA 90232.

I am readily familiar with this firm's practice for collection and processing of documents for mailing. Said documents are deposited with the United States Postal Service on that same day in the ordinary course of business.

On April 7, 2021, I served the following document, entitled:

**DEFENDANT HUDSON INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT**

on the parties to the within action by placing true and correct copies for collection and mailing, according to ordinary business practices, addressed as follows:

> Brandon A. Block
> Law Offices of Brandon A. Block
> 9440 Santa Monica Blvd., Ste 301
> Beverly Hills CA 90210
> *Counsel for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 7, 2021, at Culver City, California.

____/s/Kristina Sumabat_____
Kristina Sumabat